JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry McIver, | Case No. **CV 11-5949-JFW (DTBx)** |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| George M. Eshaghian, | |
| Defendants. | |

    THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 60 days, to re-open the action if settlement is not consummated. During this 60 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 1/31/12)

In the event a motion or *ex parte* application to re-open is not filed within 60 days, the dismissal of this action will be with prejudice.

Dated: March 21, 2012

                                        JOHN F. WALTER
                                 United States District Judge