```
 1
 2
 3
 4
 5                                                    JS-6
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  Larry McIver,              )  Case No. CV 11-5949-JFW (DTBx)
                               )
12             Plaintiff,      )  ORDER DISMISSING CIVIL ACTION
                               )
13       v.                    )
                               )
14  George M. Eshaghian,       )
                               )
15             Defendants.     )
    _____)
16
17
18       THE COURT has been advised by counsel that this action
19  has been settled, or is in the process of being settled.
20       IT IS THEREFORE ORDERED that this action is hereby
21  dismissed without prejudice to the right, upon good cause
22  shown within 60 days, to re-open the action if settlement is
23  not consummated.  During this 60 day period, this Court
24  retains full jurisdiction over this action and this Order
25  shall not prejudice any party to this action.
26  / / /
27  / / /
28
    (Rev. 1/31/12)
```

1  In the event a motion or *ex parte* application to re-open
2 is not filed within 60 days, the dismissal of this action
3 will be with prejudice.

5 Dated: March 21, 2012    _____
                                JOHN F. WALTER
6                               United States District Judge

(Rev. 1/31/12)                       2