Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McIVER,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE M. ESHAGHIAN; CLAUDE D. ESHAGHIAN; AVERELL E. ESHAGHIAN,<br><br>    Defendants. | Case No. 2:11-cv-05949-JFW-DTB<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Larry McIver and defendants George M. Eshaghian, Claude D. Eshaghian and Averell E. Eshaghian,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: April 16, 2012

_____
United States District Judge